UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 14, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 22-MJ-159 |
| TAYION HAMIEL-WARD, | : | VIOLATIONS: |
| Defendant. | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) (Unlawfully Possession with Intent to Distribute Marijuana) |
| | : | 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | 18 U.S.C. § 924(c)(1) (Using, Carrying and Possessing a Firearm during a Drug Trafficking Offense) |
| | : | FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about July 13, 2022, within the District of Columbia, **TAYION HAMIEL-WARD**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D))

## COUNT TWO

On or about July 13, 2022, within the District of Columbia, **TAYION HAMIEL-WARD**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 2021-CF2-006291, did unlawfully and knowingly receive and possess firearms, that is, Palmetto, model PA-15, multi caliber pistol, S/N: SCD726460, and a Masterpiece Arms, model Defender, 9mm pistol, S/N: FX14818, and did unlawfully and knowingly receive and possess ammunition, that is, a P MAG 30 round capacity magazine and 26 rounds of 9mm ammunition, and a Masterpiece Arms extended magazine, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about July 13, 2022, within the District of Columbia, **TAYION HAMIEL-WARD**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Palmetto, model PA-15, multi caliber pistol, S/N: SCD726460, and a Masterpiece Arms, model Defender, 9mm pistol, S/N: FX14818.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## FORFEITURE ALLEGATION

1.\. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to, proceeds stemming from Count One, including approximately $2800 in U.S. Currency.

2\. Upon conviction of the offense alleged in Counts Two and Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Palmetto, model PA-15, multi caliber pistol, S/N: SCD726460, and a Masterpiece Arms, model Defender, 9mm pistol, S/N: FX14818, and a P MAG 30 round capacity magazine and 26 rounds of 9mm ammunition, and a Masterpiece Arms extended magazine.

3\. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*

Attorney of the United States in
and for the District of Columbia.